PD-0840-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/6/2015 10:09:24 PM
Accepted 7/9/2015 3:22:43 PM
ABEL ACOSTA
CLERK

NO. _____

| | | |
|---|---|---|
| FERNANDO PENA | § | IN THE COURT OF |
| | § | |
| VS. | § | CRIMINAL APPEALS |
| | § | |
| STATE OF TEXAS | § | OF TEXAS |

## MOTION TO EXTEND TIME TO
## FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Fernando Pena, Petitioner in the above styled and numbered cause, and moves for an extension of time of 30 days to file a petition for discretionary review, and for good cause shows the following:

1.      The cause number for this case in the Seventh Court of Appeals is 07-14-00163-CR, styled "Fernando Pena v. The State of Texas." The trial court cause number was B19587-1401, styled "The State of Texas v. Fernando Pena," in the 242nd District Court of Hale County, Texas.

2.      On June 4, 2015, the Seventh Court of Appeals affirmed Petitioner's conviction.  Pena v. State, 2015 Tex. App. LEXIS 5733 (Tex. App. Amarillo June 4, 2015).  The petition for discretionary review is therefore due on July 6, 2015.

FILED IN
COURT OF CRIMINAL APPEALS

July 9, 2015

ABEL ACOSTA, CLERK

1

3.    No previous extensions have been requested or granted in this matter.

4.    Counsel has been unable to complete the petition for the following reasons:

Petitioner is indigent, and the undersigned counsel has been appointed to represent Petitioner on appeal.

While preparing the petition for final review and filing on July 6, 2015, the undersigned counsel lost use of his computer during a significant thunder and lightning storm in Hereford, Texas. As a result of a power outage, counsel's computer was damaged and could not be restarted. All research and drafts of documents in this case were stored on that computer. Counsel is going to have to re-create a significant portion of his research and drafting pending the recovery of the data on his computer.

5.    The Defendant/Petitioner is not currently incarcerated.

WHEREFORE, PREMISES CONSIDERED, Petitioner respectfully requests an extension of 30 days, i.e. until August 5, 2015, to file a petition for discretionary review.

Respectfully submitted,

Easterwood, Boyd & Simmons, PC
623 N. Main Street, P.O. Box 273
Hereford, TX 79045
Tel: (806) 364-6801
Fax: (806) 364-2526


By: /s/ James B. Johnston
James B. Johnston
State Bar No. 10838200
Email: bryan@ebs-law.net
Attorney for Fernando Pena


## CERTIFICATE OF COMPLIANCE

This is to certify that the number of words in this document according to the word count of the program used to prepare the document is 449.


/s/ James B. Johnston
James B. Johnston


## CERTIFICATE OF SERVICE

This is to certify that on July 6, 2015, a true and correct copy of the above and foregoing document was served on the Hale County District Attorney's Office by facsimile transmission and first class mail and by first class mail on the State's Prosecuting Attorney.


/s/ James B. Johnston
James B. Johnston